Victoria A. JEDROWICZ,
Plaintiff–Appellant,

v.

GIANT FOOD INC., Defendant–
Appellee,

and

Frank Podgorski, Store Manager, in his official capacity; Kevin Long, Assistant Store Manager, in his official capacity, Defendants.

Victoria A. Jedrowicz, Plaintiff–
Appellant,

v.

Giant Food Incorporated,
Defendant–Appellee,

and

Royal Ahold; J. Sainsbury (USA) Holdings, Incorporated; Peter Manos, in his official capacity; Brian Kamiscinski, District Manager in his official capacity; Frank Podgorski, Store Manager in his official capacity, Defendants.

Nos. 00–1941, 01–1133.

United States Court of Appeals,
Fourth Circuit.

Submitted June 22, 2001.

Decided July 9, 2001.

Jo Ann P. Myles, Largo, MD, for appellant. Robert G. Ames, Connie N. Bertram, Venable, Baetjer, Howard & Civiletti, Washington, DC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

In these consolidated appeals, Victoria A. Jedrowicz appeals district court orders entered in the course of her litigating two complaints against Giant Foods, Incorporated. In No. 00–1941, we have reviewed the record and the district court orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jedrowicz v. Giant Food, Inc.,* No. CA–96–3562–WMN (D.Md. June 7, 2000). Likewise, in No. 01–1133, we have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jedrowicz v. Giant Food, Inc.,* No. CA–98–3899–WMN (D.Md. Dec. 21, 2000). In No. 01–1133, we grant Appellee's motion to file an attachment. We dispense with oral argument because the facts and legal contentions are adequately presented in materials before the court and argument would not aid the decisional process.

*AFFIRMED.*